MIED (Rev. 8/07) Notice of Correction

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

JESSICA MOORE

　　　　　　　　　Plaintiff(s),　　　　　　　　　　Case No. 14-13202

v.　　　　　　　　　　　　　　　　　　　　　　　Judge  Marianne O. Battani

COMMISSIONER OF SOCIAL SECURITY　　　　　Magistrate Judge  Michael Hluchaniuk


　　　　　　　　　Defendant(s).

_____/

### NOTICE OF CORRECTION

Docket entry number ___17___, filed ___August 18, 2015___, has been modified.  The explanation for the correction

is stated below.

- [ ] The docket entry was made on the wrong case.
- [ ] The corresponding document image was missing or incomplete.
- [x] The wrong document image was associated.
- [ ] The wrong judicial officer was listed on the case docket.
- [ ] The filer information was inaccurate or omitted from the docket text.
- [ ] The judicial officer information was inaccurate or omitted from the docket text.
- [ ] The docket text was changed to include the Partial Payment Order.
- [ ] Other:


If you need further clarification or assistance, please contact _____Kay Doaks_____ at __(313) 234-2627__.


　　　　　　　　　　　　　　　　　　　DAVID J. WEAVER, CLERK OF COURT


Dated: _August 18, 2015_　　　　　　　　　s/Kay Doaks
　　　　　　　　　　　　　　　　　　　Deputy Clerk